**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EDWARD D. FAGAN D/B/A "VICTIMS OF SWISS BANK DESTRUCTION OF RECORDS" and others similarly situated, | |
| Plaintiff, | No. 1:12-cv-01003-RBW |
| v. | |
| UNION BANK OF SWITZERLAND AG; CREDIT SUISSE AG; SWISS BANKERS ASSOCIATION; SWISS FEDERAL BANKING CONFEDERATION; and SWISS CONFEDERATION, | |
| Defendants. | |
| EDWARD D. FAGAN individually and as a member of the "Interest Association of Wertheim Heirs", | |
| Plaintiff, | No. 1:12-cv-01468-RBW |
| v. | |
| CREDIT SUISSE AG; CREDIT SUISSE FIDES AG; CREDIT SUISSE TRUST AG, | |
| Defendants. | |

**DEFENDANTS' RESPONSE TO
PLAINTIFF'S MOTION TO RESCHEDULE HEARING**

1.     In these cases, a hearing is scheduled for Friday, November 2, 2012, at 11:00 a.m.

2.     On Tuesday, October 30, 2012, plaintiff electronically served and apparently filed a motion to reschedule the hearing, citing travel difficulties resulting from Hurricane Sandy.

3.     Defendants also seek to reschedule the hearing due to effects of Hurricane Sandy.

- 1 -

4.      Plaintiff indicates that he is available on the following dates: November 8, 9, 12, 13, 14, 15, 16.  Defendants are not available on November 8, 9, 13, 14, or 15, but are available on the other dates proposed by Plaintiff -- November 12 and 16.

Dated: October 30, 2012                    Respectfully Submitted,

                                            /s/ Roger M. Witten
                                           Roger M. Witten
                                           D.C. Bar No. 163261
                                           Wilmer Cutler Pickering Hale and Dorr LLP
                                           7 World Trade Center
                                           New York, New York 10007
                                           roger.witten@wilmerhale.com
                                           (212) 230-8850 (t)
                                           (212) 230-8888 (f)

                                           David W. Bowker
                                           D.C. Bar No. 989309
                                           Wilmer Cutler Pickering Hale and Dorr LLP
                                           1875 Pennsylvania Avenue, NW,
                                           Washington, DC 20006
                                           david.bowker@wilmerhale.com
                                           (202) 663-6558 (t)
                                           (202) 663-6363 (f)

                                           *Attorneys for UBS AG and Credit Suisse AG in 12-cv-1003*

                                           *Attorneys for Credit Suisse AG, Credit Suisse Fides AG, and Credit Suisse Trust AG in 12-cv-1468*

ActiveUS 102761365v.1

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2012, I caused the foregoing **DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO RESCHEDULE HEARING** to be served by first-class mail, postage prepaid on the following:

Edward D. Fagan
P.O. Box 812512
Boca Raton, FL 33481


 /s/ Roger M. Witten

Roger M. Witten

ActiveUS 102761365v.1